# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2009

137920 & (14)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBRA ELIZABETH KRUG,
          Plaintiff-Appellee,

v

KIM LEE VICTOR,
          Defendant-Appellant.

SC: 137920
COA: 289308
Roscommon Circuit Court
Family Division: 05-725368-DZ

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2009

_____
Clerk

p0108